1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LANDEROS-FLORES

6

7                 IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,         ) | No. CR 06-00521 JW
   |                                   ) |
11 |             Plaintiff,            ) | **STIPULATION TO CONTINUE**
   |                                   ) | **HEARING AND EXCLUDE TIME;**
12 | v.                                ) | **[PROPOSED] ORDER**
   |                                   ) |
13 | GABRIEL LANDEROS-FLORES,          ) |
   |                                   ) |
14 |             Defendant.            ) |
   |_____) |

15
       Defendant and the government, through their respective counsel, hereby stipulate that,
16
   subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for
17
   Monday, October 30, 2006, should be continued to December 11, 2006,   The defense requests
18
   the continuance because the defense requires additional time to conduct defense investigation.
19
       The parties further agree that time should be excluded under the Speedy Trial Act from
20
   October 30, 2006, to December 11, 2006, because the defense requires time for investigation and
21
   preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy
22
   trial.
23

24
   Dated: 10/26/06                                      _____/s/_____
25                                                      LARA S. VINNARD
                                                        Assistant Federal Public Defender
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 06-00521 JW                     1

1  Dated: 10/26/06                                     /s/
2                                                SUSAN KNIGHT
                                                 Assistant United States Attorney

### ORDER

The parties have jointly requested a continuance of the hearing set for Monday, October 30, 2006, on grounds that the defense requires additional time for preparation, and the government requires time to consider a settlement offer.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 30, 2006, be continued to December 11, 2006, at ~~9:00 a.m.~~ 01:30 PM.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 30, 2006 to December 11, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   10/27/06                                 _____
                                                  JAMES WARE
                                                  United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [~~PROPOSED~~] ORDER
No. CR 06-00521 JW                                2