BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LANDEROS-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00521 JW |
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| GABRIEL LANDEROS-FLORES, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, April 2, 2007, should be continued to Monday, April 30, 2007.  The continuance is requested because defense counsel has requested that the Probation Office consider making a correction to the Pre-Plea Report provided to the parties, and the Probation Office has requested additional time to consider the change.  Additionally, the Pre-Plea Report indicated that a Form 12 has been filed in the District of Arizona due to Mr. Landeros' alleged illegal reentry, in violation of his supervised release terms there.  The defense is exploring whether that matter can be transferred to this district.

The parties further agree that time should be excluded under the Speedy Trial Act from

1  April 2, 1997, to April 30, 2007, because the defense and the government require time for
2  investigation and preparation, and the ends of justice outweigh the defendant's and the public's
3  need for a speedy trial.

4
5  Dated: 3/29/07                                     _____/s/_____
                                                      LARA S. VINNARD
                                                      Assistant Federal Public Defender
6
7  Dated: 3/29/07                                     _____/s/_____
                                                      JOSEPH FAZIOLI
                                                      Assistant United States Attorney
8

9  **ORDER**

10  The parties have jointly requested a continuance of the hearing set for April 2, 2007, on
11  grounds that the defense is continuing efforts to resolve issues raised by the Pre-Plea Report.
12  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13  presently set for April 2, 2007, be continued to April 30, 2007, at 9:00 a.m.
14  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
15  from April 2, 2007, be continued to April 30, 2007, shall be excluded from the period of time
16  within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

17
18  Dated:   3/30/2007                                _____
                                                      JAMES WARE
19                                                    United States District Judge

20
21
22
23
24
25
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 06-00521 JW                                    2